## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮▮▮, is a Special Agent with the Federal Bureau of Investigation ("FBI"), Indianapolis Division. I have been in this position since May 2021. I am currently assigned to the Joint Terrorism Task Force ("JTTF"). As a special agent with the FBI assigned to the JTTF, I have been trained in conducting investigations related to criminal offenses. I have also received training on the execution of search warrants to seize items of evidence from residences, vehicles, persons, communication providers, and electronic devices, such as cell phones and computers. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

1

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Identification of Patricia Wills*

Following the riot at the U.S. Capitol on January 6, 2021, the FBI received numerous tips identifying Patricia Marie Wills ("WILLS") as having entered the U.S. Capitol building during the riot.

On January 18, 2021, a senior manager at a government contracting firm emailed the FBI's Washington Field Office and reported that WILLS was an employee at the firm, who holds a Department of Defense Secret security clearance, and that WILLS was present at the riot on January 6 and physically entered the Capitol building.  The senior manager reported that WILLS had been interviewed through her job and admitted to entering the building and provided photographs she had taken while inside.

In addition, the FBI received two tips via the Crime Stoppers of Central Indiana tipline that identified WILLS as someone who unlawfully entered the U.S. Capitol building on January 6, 2021.

### *Patricia Wills's Conduct on January 6, 2021*

After the January 6, 2021 riot that occurred at the U.S. Capitol, photos of individuals who were present on the grounds of the U.S. Capitol, as well as inside the Capitol building, were made publicly available. Numerous publicly available videos from sources such as Parler, YouTube, and news sources show WILLS inside and outside of the United States Capitol on January 6, 2021.

In an open-source video from January 6, 2021, shown in **Figure 1** below, WILLS is seen walking in a street wearing a pink jacket, purple headband, and jeans, and carrying a flagpole with an American flag and a "Trump 2020" flag attached.



*Figure 1: WILLS on January 6, 2021*

In the same video referenced above, shown in **Figure 2** below, WILLS is seen standing on the west side of the U.S. Capitol grounds, within the area that was restricted on January 6, 2021.



*Figure 2: WILLS on U.S. Capitol grounds on January 6, 2021*

Later in the video, other rioters are seen surrounding a group of Metropolitan Police Department ("MPD") officers a few yards from where WILLS is standing, as shown in **Figure 3** below.

3



*Figure 3: WILLS on the northwest side of the U.S. Capitol grounds*

In an open-source video from ProPublica, shown in **Figure 4** below, WILLS is seen wearing the pink jacket and purple headband and standing on the west side of the U.S. Capitol. WILLS appears to be looking in the direction of the northwest stairs that lead to the Upper West Terrace seconds before the video shows other rioters overrunning the police who were guarding the northwest stairs. In the video, the crowd of rioters are heard cheering as the police line is overrun.



*Figure 4: WILLS looking toward the northwest stairs*

In video obtained from a third party, shown in **Figure 5** below, WILLS is seen walking up steps leading to the Upper West Terrace after other rioters overran the police at the base of the northwest stairs. In the same video, shown in **Figure 6** below, once she reached the Upper West Terrace, WILLS is seen waving a flag as other rioters advance toward the Senate Wing Door.

 

*Figure 5*                                                   *Figure 6*

At approximately 2:26:30 p.m., Capitol CCTV footage shows WILLS entering the U.S. Capitol building through the Senate Wing Door. As shown in **Figure 7** below from Capitol CCTV footage of the Senate Wing Door area, WILLS is wearing a pink jacket, purple headband, and still carrying the flagpole seen in earlier videos. After entering through the Senate Wing Door, WILLS turns south and walks in the direction of the Capitol's Crypt with a large group of rioters. WILLS goes off camera at approximately 2:27:00 p.m.



*Figure 7: WILLS entering the U.S. Capitol building through the Senate Wing Door*

At approximately 2:28:23 p.m., WILLS is seen on Capitol CCTV entering the U.S. Capitol's Crypt. At approximately, 2:29:20 p.m., WILLS is standing on the east side of the Crypt and appears to be looking in the direction of the Crypt Lobby East, as shown in **Figure 8** below.



*Figure 8: WILLS in the U.S. Capitol's Crypt*

From a Capitol CCTV camera in the Crypt Lobby East—i.e., the direction in which WILLS appears to be looking in Figure 8—also at 2:29:20 p.m., U.S. Capitol Police ("USCP") officers appear to be guarding a doorway a few feet away from WILLS, as shown in **Figure 9** below.



*Figure 9: Capitol CCTV footage from the Crypt Lobby East*

At approximately 2:29:24 p.m., a garage-style door in the Crypt Lobby East begins to close and the USCP officers near the doorway to the Crypt run under the closing door. The rioters in the Crypt follow the officers into the Crypt Lobby East and attempt to stop the door from closing by placing objects under the door.

At approximately 2:29:52 p.m., the garage-style door begins to raise again. As the door raises, WILLS is seen in the group of rioters who have entered the Crypt Lobby East, as shown in **Figure 10** below at approximately 2:29:59 p.m. below.



*Figure 10: WILLS in the Crypt Lobby East*

In an open-source video from ProPublica that appears to show portions of the events in the Crypt Lobby East recounted above, WILLS is seen standing behind the rioters who appear to be attempting to stop the garage-style door from closing, as shown in **Figure 11** below.



*Figure 11: WILLS in the Crypt Lobby East*

In video obtained from a third party, as shown in **Figure 12** below, WILLS exits the Crypt Lobby East and walks down the flight of stairs toward the Capitol Visitor Center that the USCP officers retreated down earlier.



*Figure 12: WILLS walking toward the Capitol Visitor Center*

In another open-source video obtained from ProPublica, WILLS is seen standing with a small group of rioters in an area that overlooks the main hall of the Capitol Visitor Center, as shown in **Figure 13** below.



*Figure 13: WILLS in the Capitol Visitor Center*

At approximately 2:33:42 p.m., WILLS is seen on Capitol CCTV walking back toward the base of the stairs that lead up to the Crypt Lobby East, then turning south down a hallway. WILLS is seen on Capitol CCTV at approximately 2:33:57 p.m. walking down the hallway. As shown in **Figure 14** below, WILLS then waves the flag as the other rioters pass her.



*Figure 14: WILLS waving the flag in the Capitol Visitor Center*

In Capitol CCTV footage from approximately 2:38:25 p.m., WILLS is seen looking in the direction of a physical altercation between a group of rioters and USCP officers, as shown in **Figure 15** below.



*Figure 15: WILLS in the Capitol Visitor Center*

WILLS turns back toward the north end of the hallway at approximately 2:39:35 p.m. At approximately 2:40:02 p.m., WILLS is seen on Capitol CCTV footage taking an escalator that leads back up to the Crypt Lobby East.

At approximately 2:43:57 p.m., WILLS is seen on Capitol CCTV footage walking from the area of the Capitol's Crypt toward the Hall of Columns. WILLS enters the Hall of Columns with a large group of rioters, as shown in **Figure 16** below.



*Figure 16: WILLS in the Hall of Columns*

As shown in the screenshot from an MPD officer's body-worn camera footage (**Figure 17**), WILLS exits the U.S. Capitol building at approximately 2:44:30 p.m. through a door on the south side of the building.



*Figure 17: WILLS exiting the U.S. Capitol building*

At approximately 2:50:54 p.m., WILLS is seen on Capitol CCTV walking on a pathway on the south side of the U.S. Capitol grounds. As shown in the screenshot below, WILLS is seen looking in the direction of the southwest lawn. WILLS is also seen, as shown in **Figure 18**, in close proximity to snow fencing that has "Area Closed" signs attached to the fencing.



*Figure 18: WILLS on the south side of the U.S. Capitol grounds*

At approximately 2:51:24 p.m., WILLS is seen on Capitol CCTV turning north off of the path, going past snow fencing with "Area Closed" signs attached, and walking in the direction of a large crowd of rioters near scaffolding on the southwest side of the U.S. Capitol. In the Capitol CCTV footage, as shown in **Figure 19**, rioters are visible climbing on the scaffolding.



*Figure 19: WILLS walking toward the west side of the U.S. Capitol grounds*

A photograph taken by WILLS shows her standing on the southwest lawn of the U.S. Capitol grounds on January 6, 2021 (**Figure 20**). The photo appears to show WILLS near the scaffolding that she is seen walking toward in Figure 19 above.



*Figure 20: Photo taken by WILLS on January 6, 2021*

In another photo taken by WILLS, she appears to be standing on the West Plaza of the U.S. Capitol grounds on January 6, 2021, as shown in **Figure 21** below.



*Figure 21: Photo taken by WILLS on January 6, 2021*

On January 6, 2023, a Twitter profile associated with WILLS's email address posted the tweet shown in **Figure 22** below. The photo in the tweet appears to be from the west side of the U.S. Capitol grounds on January 6, 2021, and the text of the tweet acknowledges the writer's presence at the U.S. Capitol on January 6, 2021.



*Figure 22: January 6, 2023 tweet*

### *Offenses Committed by Patricia Wills*

Based on the foregoing, your affiant submits that there is probable cause to believe that WILLS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise

restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of July 2024.

_____
HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE