AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Patricia Marie Wills<br><br>Defendant | ) Case: 1:24-mj-00227<br>) Assigned To : Judge G. Michael Harvey<br>) Assign. Date : 7/23/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |
|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Patricia Marie Wills__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 07/23/2024

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2024.07.23 11:07:42 -04'00'

City and state: Washington, D.C.
G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/23/2024, and the person was arrested on *(date)* 7/25/2024
at *(city and state)* Indianapolis, Indiana.

Date: 7/25/2024

*Arresting officer's signature*

Ashley Hanson, Special Agent
*Printed name and title*